# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

———————————————————————X
CONEY ISLAND LAND COMPANY, L.L.C,

                Plaintiff(s),

   -against-

DOMINO'S PIZZA, L.L.C.,

                Defendant(s),
———————————————————————X

Index No.: 8263/15

**SUMMONS WITH NOTICE**

Plaintiff(s) Designate(s)
Kings
County as Place of trial.

The basis of the venue is
Plaintiff's principal place of
business

Plaintiff(s) reside(s)
105 4th Avenue, Suite 1L
Brooklyn, New York 11217
County of Kings

To the above named defendant(s)

      **You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: June 30, 2015

                                    STERN & STERN, ESQS.
                                    **Attorney(s) for Plaintiff**

**Defendant's Address:**
Domino's Pizza, LLC
**Number**
P.O. Box 977
30 Frank Lloyd Wright Drive
Ann Archer, Michigan 48106-0997

**Post Office Address and Telephone**

50 Court Street, Suite 1100
Brooklyn, New York 11201
(718) 935-9458

**Notice:** The nature of this action is Breach of Lease/Breach of Contract.

The relief sought is monetary damages for real estate taxes, water and sewer charges and environmental control board charges owed pursuant to a written lease in the sum total of $738,762.00 plus interest fees and charges which might accrue thereon.

Upon your failure to appear, judgment will be taken against you by default for the sum of $738,762.00 plus any interest fees and charges which may have subsequently accrued upon such sum.